AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

HANS C. KUHN,

           Plaintiff,

V.

THADDEUS GOODLOW and
OFFICER K. MULDROW,

           Defendants.

CASE NUMBER: FILED: MARCH 21, 2008
08CV1661    EDA

ASSIGNED JUDGE: JUDGE ZAGEL
MAGISTRATE JUDGE VALDEZ

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

THADDEUS GOODLOW
Buildings Department, City of Markham
16313 Kedzie Parkway
Markham, Illinois 60428

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Maurice J. Salem, Esq.
Salem Law Office
7156 West 127th Street, B-149
Palos Heights, Illinois 60463

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*Esperanza Arnold* (signature)
---------------------------------
(By) DEPUTY CLERK

March 21, 2008
---------------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 03/24/2008, 3:00 P.M. |
| NAME OF SERVER *(PRINT)* MAURICE J. SALEM | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: THADDEUS GOODLOW at: 16313 KEDZIE PKWY, MARKHAM, IL. 60428

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 3 MILES | ONE | ONE |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/24/08
　　　　　　　Date　　　　　　　*Signature of Server*

PALOS HEIGHTS, IL. 60463
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.