3118-150

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HANS C. KUHN, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No: 08 CV 1661 |
| ) | |
| THADDEUS GOODLOW (Building Commissioner, ) | Judge James B. Zagel |
| City of Markham, in his individual capacity only), and ) | Magistrate Judge Maria Valdez |
| OFFICER K. MULDROW #525 (City of Markham ) | |
| Police Officer, in his individual capacity only), ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF MOTION**

On Tuesday, August 5, 2008, at 10:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge James B. Zagel, or any judge sitting in his stead, in the courtroom usually occupied by him in Room 2503 of the Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendant Goodlow's Motion to File His Reply, Instanter.

LITCHFIELD CAVO, LLP.

By:   /s/ Patrick J. Ruberry
     Attorneys for the defendant,
     Thaddeus Goodlow

Patrick J. Ruberry, Esq. (06188844)
LITCHFIELD CAVO, LLP
303 West Madison Street , Suite 300
Chicago, IL 60606-3300
(312) 781-6677
(312) 781-6630 fax

1

2

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify and say that I caused to be served the foregoing Notice of Motion by electronically filing the same with the Clerk for the U.S. District Court for the Northern District of Illinois, Eastern Division, a copy of which was then forwarded to each attorney of record by CM/ECF on the 31st day of July, 2008.

|  |  |
|---|---|
| Patrick J. Ruberry, Esq. (06188844)<br>LITCHFIELD CAVO, LLP<br>303 West Madison Street , Suite 300<br>Chicago, IL 60606-3300<br>(312) 781-6677<br>(312) 781-6630 fax | /s/ Patrick J. Ruberry<br>Attorneys for the defendant,<br>Thaddeus Goodlow |

2