**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Hans C. Kuhn
                       Plaintiff,

v.                                                            Case No.: 1:08–cv–01661
                                                                     Honorable James B. Zagel

Thaddeus Goodlow, et al.
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 22, 2008:

      MINUTE entry before the Honorable James B. Zagel: Status hearing (8–25–2008) is reset for 8/28/2008 at 10:00 AM. Motion to dismiss is taken under advisement.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.