# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Hans C. Kuhn

                          Plaintiff,

v.                                              Case No.: 1:08−cv−01661
                                                Honorable James B. Zagel

Officer K Muldrow, et al.

                          Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 28, 2008:

       MINUTE entry before the Honorable James B. Zagel:Status hearing held on
8/28/2008. Plaintiff is given leave to file an amended complaint by 9/9/2008. Defendant
Goodlow to answer. All other answers stayed until further order of court. Status hearing
set for 9/10/2008 at 10:00 AM.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.